UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 24-2442-DMG (KESx)** | Date | December 15, 2025 |
| Title | *Lorraine Williams v. Experian Information Solutions, Inc. et al* | Page | **1** of **1** |

Present: The Honorable   DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT IMPOSE SANCTIONS ON THE PARTIES' COUNSEL AND STRIKE THE REQUEST FOR JURY TRIAL**

On November 8, 2024, Plaintiff Lorraine Williams filed a Complaint against Defendants Experian Information Solutions, Inc., Equifax Information Services, LLC, TransUnion, LLC, and Bank of America, N.A. [Doc. # 1.] Defendants Experian Information Services, LLC, TransUnion, LLC, and Bank of America, N.A. were dismissed from the action. [*See* Doc. ## 23, 37, 42.] The only remaining Defendant is Equifax Information Services, LLC.

On April 7, 2025, the Court issued a Scheduling and Case Management Order for Jury Trial. [Doc. # 38 ("CMO").] Under the CMO, the Final Pretrial Conference is scheduled for December 30, 2025, followed by a jury trial set for January 27, 2026. In preparation, the parties were required to file their Joint Status Report re Settlement, Motions in *Limine* (if any), and various pretrial documents by **December 9, 2025**.

To date, the parties have not filed any of these pretrial documents. Plaintiff's and Defendant Equifax's respective attorneys are hereby **ORDERED TO SHOW CAUSE** why the Court should not impose sanctions upon them for failure to comply with a Court Order and deem the request for jury trial waived. *See* CMO at ¶ 8. The attorneys' joint response to this Order shall be filed by **December 23, 2025**.

**IT IS SO ORDERED.**